大成 DENTONS

Karla Del Pozo García
Associate

karla.delpozogarcia@dentons.com
D  +1 212-768-5328

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2022
```

November 2, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Delacruz v. Duquesne University Of The Holy Spirit*; Case No. 1:22-cv-06522-AT

Dear Judge Torres:

We represent Defendant Duquesne University Of The Holy Spirit (Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from November 2, 2022 to December 19, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

GRANTED. All case deadlines in this action are STAYED for 45 days.

SO ORDERED.

Dated: November 3, 2022
       New York, New York

ANALISA TORRES
United States District Judge